In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00338-CR
_____

JOE EDWARD JONES, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 163rd District Court
Orange County, Texas
Trial Cause No. B-130617-R

## MEMORANDUM OPINION

On July 23, 2014, the trial court sentenced Joe Edward Jones on a conviction for possession of a controlled substance. Jones filed a notice of appeal on August 11, 2014. The trial court signed a certification in which the court certified that the defendant waived his right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. On August 18, 2014, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. The appellant filed a

response, which states he requested permission to appeal, but the trial court denied the appellant's request for permission to appeal and the appellant failed to establish that the trial court's certification should be amended. Because the trial court's certification shows the defendant does not have the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on September 30, 2014
Opinion Delivered October 1, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

2